RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE ___4__9__12___
BY _____

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

MICHAEL DENNIS GRANT           CIVIL ACTION NO. 6:11-cv-1925
LA. DOC #351107
VS.                                             SECTION P

                                                JUDGE HAIK

MICHAEL HARSON, ET AL.          MAGISTRATE JUDGE HILL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**IT IS FURTHER ORDERED** that plaintiff's *habeas corpus* claims be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ___9th___ day of ___April___, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE