UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DENNIS GRANT<br>LA. DOC #351107 | CIVIL ACTION NO. 6:11-cv-1925 |
| VS. | SECTION P |
| | JUDGE HAIK |
| MICHAEL HARSON, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**IT IS FURTHER ORDERED** that plaintiff's *habeas corpus* claims be **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this ____ day of __April__, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE